IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOEL SCOTT FLAKES,

    Plaintiff,

v.

EDWARD F. WALL, REED RICHARDSON, MARIO CANZIANA, LEAHAN DRONE, DARCY ZEILER, PAULA STOUT, SGT. JOHN SZYMANSKI, OFFICER AARON GLEN, STANLEY CORRECTIONAL INSTITUTION, MS. KAREN GOURLIE, CORRECTIONS COMPLAINT EXAMINER'S OFFICE and DEPARTMENT OF CORRECTIONS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-245-slc

This action came before the court for consideration with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) Denying plaintiff Joel Scott Flakes leave to proceed against defendants Edward F. Wall, Mario Canziana, Leahan Drone, Darcy Zeiler, Stanley Correctional Institution, Ms. Karen Gourlie, Corrections Complaint Examiner's Office and Department of Corrections;

(2)     Granting defendant Reed Richardon, Paula Stoudt, John Szymanski and Aaron Glen's motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

| /s/ | 8/19/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |